IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:13-CR-3079 |
| vs. | ORDER |
| JOSE VALDIVIA-TORRES, | |
| Defendant. | |

This matter is before the Court on the plaintiff's Motion for Dismissal (filing 9). Pursuant to Fed. R. Crim. P. 48(a), leave of court is granted for dismissal of the forfeiture allegation of the indictment, without prejudice.

IT IS ORDERED:

1. The plaintiff's Motion for Dismissal (filing 9) is granted.

2. The forfeiture allegation of the indictment is dismissed without prejudice.

Dated this 26th day of November, 2014.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge